IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SOUTHWEST ORGANIZING PROJECT,
NEW MEXICO VOICES FOR CHILDREN,
SENATOR MIMI STEWART,
SENATOR ANTOINETTE SEDILLO LOPEZ,
REPRESENTATIVE ANDRES ROMERO,
LUCILLE CORDOVA, REYNALUZ JUAREZ,
and DANTE SMITH,

      Plaintiffs,

      v.                                                      No. CIV 20-0098 JB/JFR

UNITED STATES DEPARTMENT OF
THE AIR FORCE,

      Defendant.

## ORDER STAYING RULE 16 STATUS CONFERENCE[1]

The Rule 16 Status Conference for this matter is stayed until 30 days after the Court issues a ruling on the pending Motion to Dismiss (Doc. 13).

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

---

[1] Per D.N.M.LR-Civ. 7.2, this proposed order was approved by both parties prior to submission.