IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SOUTHWEST ORGANIZING PROJECT;
NEW MEXICO VOICES FOR CHILDREN;
SENATOR MIMI STEWART; SENATOR
ANTONETTE SEDILLO LOPEZ;
REPRESENTATIVE ANDRES ROMERO;
LUCILLE CORDOVA; REYNALUZ JAREZ
and DANTE SMITH

        Plaintiffs,

vs.                                               No. CIV 20-0098 JB/JFR

UNITED STATES DEPARTMENT OF THE
AIR FORCE,

        Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed March 15, 2021 (Doc. 39)("MOO"). In the MOO, the Court dismisses this case under rule 12(b)(1) of the Federal Rules of Civil Procedure and declines to exercise jurisdiction over the Plaintiffs' case. See MOO at 84. With all claims and issues before the Court dismissed, and no longer before the Court, the Court enters Final Judgment.

**IT IS ORDERED** that: (i) all claims are dismissed without prejudice; (ii) this case is dismissed without prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Charles de Saillan
Douglas Meiklejohn
Eric Jantz
New Mexico Environmental Law Center
Santa Fe, New Mexico

    *Attorneys for the Plaintiffs*

John Cane
Shari Howard
  Environmental Defense Section
United States Department of Justice
Washington, D.C.

    *Attorneys for the Defendant*